JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DU TRUONG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>OTIS D. WRIGHT, II,<br>SHEILA ENGLISH, and<br>KAREN ILENE MEYER,<br><br>　　　　Defendants. | Case No. 8:22-cv-01524-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 35]" filed substantially concurrently herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1346.

2. The operative pleading is the Complaint (the "<u>Complaint</u>") [ECF No. 1] of Plaintiff Du Truong Nguyen.

3. Defendants U.S. District Judge Otis D. Wright, II; Sheila English; Karen Meyer; and the United States of America shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Du Truong Nguyen. Plaintiff Du Truong Nguyen shall take nothing by way of his Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 13, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE